IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LARRY J. MOORE and SARA J. MOORE                             PLAINTIFFS

VS.                                       CAUSE NUMBER: 1:06CV312-LTS-RHW

STATE FARM FIRE AND
CASUALTY COMPANY                                           DEFENDANT

## ORDER OF DISMISSAL

UPON CONSIDERATION of the parties' [24] Joint Motion to Dismiss, it is hereby ORDERED that plaintiffs' complaint and all claims are hereby DISMISSED, without prejudice, pursuant to Rule 41(b).

Each party to bear their own costs.

This the 10th day of October, 2006.

                                                            s/ *L. T. Senter, Jr.*
                                                            L. T. Senter, Jr.
                                                            Senior Judge

AGREED AS TO FORM:

*/s/ John L. Hunter*
JOHN L. HUNTER, MSB #2913
Attorney for Plaintiffs

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant